IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC <br><br> **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Carolyn Warren

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Oregon

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Oregon

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Oregon

7. District Court and Division in which venue would be proper absent direct filing:

    District of Oregon, Eugene Division

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C. R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☑ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

1     ☐     Denali® Vena Cava Filter

2     ☐     Other: _____

3    11.    Date of Implantation as to each product:

4         2/9/2010

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7     ☑    Count I:     Strict Products Liability – Manufacturing Defect

8     ☑    Count II:     Strict Products Liability – Information Defect (Failure to Warn)

10    ☑    Count III:     Strict Products Liability – Design Defect

11    ☑    Count IV:     Negligence - Design

12    ☑    Count V:     Negligence - Manufacture

13    ☑    Count VI:     Negligence – Failure to Recall/Retrofit

14    ☑    Count VII:     Negligence – Failure to Warn

15    ☑    Count VIII:     Negligent Misrepresentation

16    ☑    Count IX:     Negligence *Per Se*

17    ☑    Count X:     Breach of Express Warranty

18    ☑    Count XI:     Breach of Implied Warranty

19    ☑    Count XII:     Fraudulent Misrepresentation

20    ☑    Count XIII:     Fraudulent Concealment

21    ☐    Count XIV:     Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

24    ☐    Count XV:     Loss of Consortium

25    ☐    Count XVI:     Wrongful Death

26    ☐    Count XVII:     Survival

27    ☑    Punitive Damages

- 3 -

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13.  Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  21  day of  September , 20 17 .

**BAIRD BROWN LAW FIRM**

By: _/s/Baird A. Brown_

Baird A. Brown, CA Bar No. 56627
**BAIRD BROWN LAW FIRM**
3055 Wilshire Blvd., Ste. 1200
Los Angeles, CA 90010
Telephone: (213) 487-8880
Facsimile: (213) 487-8884
bairdbrownlaw@gmail.com

*Counsel for Plaintiff*

I hereby certify that on this  21  day of  September , 20 17 , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_/s/_ Taurin Robinson