## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | |
|---|---|
| **Plaintiff**(s): **Carolyn Warren** | **Defendant**(s): **Bard Peripheral Vascular, Inc.** |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Outside the State of Arizona | |

Plaintiff's Atty(s):

**Baird A. Brown**
Law Offices of Baird Brown, PC
3055 Wilshire Blvd., Ste. 1200
Los Angeles, California  90010
213-487-8880

Defendant's Atty(s):

**James Condo**
Snell & Wilmer, LLP
400 East Van Buren Street, Suite 1900
Phoenix, Arizona  85004-2202
602-382-6000

**Richard B. North**
Nelson, Mullins, Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia  30363
404-322-6000

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **4. Diversity (complete item III)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **2 Citizen of Another State** |
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| IV. Origin : | **6. Multidistrict Litigation** |
| V. Nature of Suit: | **365 Personal Injury - Product Liability** |
| VI.Cause of Action: | **Diversity under 28 U.S.C. 1332. Strict product liability based on injury** |
| VII. Requested in Complaint | |
| Class Action: | **No** |

Dollar Demand:
Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **2:15-MD-02641-DGC** assigned to Judge **David G. Campbell.**

**Signature:** **Baird A. Brown**

**Date:** **9/21/2017**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**